# NACHAMIE SPIZZ COHEN & SERCHUK, P.C.

425 PARK AVENUE
NEW YORK, NEW YORK 10022

BARTON NACHAMIE
ALEX SPIZZ
IVAN SERCHUK
PERRY L. COHEN
ROBERT D. TOLZ
ARTHUR GOLDSTEIN
PAUL RICHARD KARAN
WESLEY CHEN
JOSEPH P. CERVINI, JR.
JANICE B. GRUBIN

TELEPHONE: (212) 754-9400
FACSIMILE:  (212) 754-6262
E-MAIL:   info@nscslaw.com

VIA GIUSEPPE MAZZINI, 20
20123, MILANO, ITALY

COUNSEL
JILL MAKOWER
SENIOR COUNSEL
STEPHEN D. OESTREICH
OF COUNSEL
CRAIG M. NISNEWITZ
CARLO MACCALLINI*

November 27, 2013

Sender's e-mail address:
jmakower@nscslaw.com

*ADMITTED IN ITALY ONLY

Honorable Joseph F. Bianco
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: **Western Mohegan Tribe & Nation of New York v. M. David Graubard et al.**
Index No. 13-CV-6151 (JFB) (WDW)

Dear Judge Bianco,

This Firm represents defendants Ulster Acquisition LLC, Barton Nachamie, and itself, *pro se*.

On November 18, 2013, the Court entered an Order (Docket No. 8) directing that "unless a duly licensed attorney makes an appearance on Western Mohegan's behalf within twenty-one (21) days of this Order, the Court will *sua sponte* dismiss the *pro se* complaint." Pursuant to the Order, the above-referenced action will be dismissed if no appearance on behalf of the Plaintiff is made by a duly licensed attorney on or before December 9, 2013.

Due to the fact that the defendants' deadline to answer or move with respect to the Complaint expires prior to December 9, 2013, we respectfully request an extension of such deadline through at least December 31, 2013.

Respectfully submitted,

Jill Makower

BN:jc

cc: Posr A. Posr
    Barton Nachamie, Esq.
    David Cabaniss, Esq.
    Adam T. Mandell, Esq.
    Justin Gray, Esq.
    Christopher W. Hall, Esq



283194v1

MEMBER OF LAWYERS ASSOCIATED WORLDWIDE WITH LAW FIRMS IN OVER 100 JURISDICTIONS